

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-90-D-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DANIEL RODNEY SWAIN | ) | |

The Grand Jury charges that:

On or about April 29, 2026, in the Eastern District of North Carolina, the defendant, DANIEL RODNEY SWAIN, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically by printing on the driver's side window of a black BMW X5 "HEADED TO WSH TO KILL THE PRES," in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal. ——
FOREPERSON

DATE: May 27, 2026

W. ELLIS BOYLE
United States Attorney

BY: LOGAN W. LILES
Assistant United States Attorney