NO. 5:26-CR-90-D

| | |
|---|---|
| UNITED STATES OF AMERICA | UNOPPOSED MOTION TO CONTINUE DETENTION HEARING |
| v. | |
| DANIEL RODNEY SWAIN | |

Now comes the defendant, Daniel Rodney Swain, by and through counsel, and moves this Honorable Court to continue his detention pursuant to 18 U.S.C. § 3142(f). The detention hearing is currently scheduled for 2 June 2026, at 9:00 a.m. in Raleigh before Magistrate Judge Brian S. Meyers.

Undersigned counsel requests a 14-day continuance. The undersigned anticipates filing a motion for competency evaluation with the Court later today. Based on the foregoing, counsel for Mr. Swain respectfully requests that the Court continue the detention hearing until Monday, 15 June 2026. Assuming Mr. Swain is undergoing a competency evaluation on that date, undersigned counsel will file a subsequent motion to continue. Assistant United States Attorney Logan Liles has been contacted, and he does not object to the continuance.

Respectfully requested this 1st day of June, 2026.

G. ALAN DUBOIS
Federal Public Defender

*/s/ David E. Wicclair*
DAVID E. WICCLAIR
Assistant Federal Public Defender
Attorney for Defendant
N.C. State Bar No. 50384
LR 57.1 Counsel Appointed

1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

LOGAN LILES
Assistant United States Attorney
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the above.

This the 1st day of June, 2026.

*/s/ David E. Wicclair*
DAVID E. WICCLAIR
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: David_Wicclair@fd.org
N.C. State Bar No. 50384
LR 57.1 Counsel Appointed

2