UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-90-D

| UNITED STATES OF AMERICA | MOTION TO DETERMINE COMPETENCY UNDER 18 U.S.C. § 4241 |
|---|---|
| v. | |
| DANIEL RODNEY SWAIN | |

Pursuant to 18 U.S.C. § 4241, counsel for Daniel Rodney Swain respectfully moves the Court for a determination of the mental competency of Mr. Swain to stand trial. Counsel has reasonable cause to believe that Mr. Swain may be presently suffering from a mental disease or defect rendering him mentally incompetent. For this reason, it is requested that the Court order that a psychiatric and/or psychological evaluation of Mr. Swain be conducted, and that such reports be filed with the Court pursuant to 18 U.S.C. § 4247. Counsel requests that the evaluation determine whether Mr. Swain understands the nature and consequences of the proceedings against him and whether he can properly assist in his defense.

In order to ensure continued access to counsel, Mr. Swain respectfully requests that the Court recommend that he be placed at FMC-Butner. The ends of justice served by this motion outweigh the interests of the public and Mr. Swain in a speedy trial. The period of delay resulting from granting this continuance should therefore be excluded from the calculation of speedy trial time pursuant to 18 U.S.C. § 3161(h)(7)(A).

Assistant United States Attorney Logan Liles has been contacted and has no objection to the requested evaluation.

1

Respectfully requested this 1st day of June, 2026.

G. ALAN DUBOIS Federal
Public Defender

***/s/ David E. Wicclair***
DAVID E. WICCLAIR
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
Email: david_wicclair@fd.org
N.C. State Bar No. 50384
LR 57.1 Counsel Appointed

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

LOGAN LILES
Assistant United States Attorney
150 Fayetteville St., Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on June 1, 2026, using the CM/ECF system which will send notification of such filing to the above.

This the 1st day of June, 2026.

>*/s/ David E. Wicclair*
> DAVID E. WICCLAIR
> Assistant Federal Public Defender
> Attorney for Defendant
> Office of the Federal Public Defender
> 150 Fayetteville Street, Suite 450
> Raleigh, North Carolina 27601
> Telephone: 919-856-4236
> Fax: 919-856-4477
> Email: david_wicclair@fd.org
> N.C. State Bar No. 50384
> LR 57.1 Counsel Appointed

3