UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-90-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| DANIEL RODNEY SWAIN | |

This matter is before the Court on a motion for a competency evaluation pursuant to 18 U.S.C. § 4241 filed by Defendant, Daniel Rodney Swain. For good cause shown, the motion is ALLOWED. It is hereby ORDERED that a psychiatric or psychological examination of Mr. Swain be conducted pursuant to 18 U.S.C. §§ 4241, 4247(b), and 4247(c) in order to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent. The evaluation will determine whether Mr. Swain understands the nature and consequences of the proceedings against him and whether he can properly assist in his defense.

Mr. Swain is committed to the custody of the Attorney General or his designated representative for placement in a suitable facility for purposes of the examination. The Court recommends that Mr. Swain be placed at FMC-Butner because of its proximity to defendant's counsel. Such commitment shall occur as soon as possible and shall be subject to time limitations in 18 U.S.C. § 4247(b).

No later than 14 days after entry of this order, counsel shall file under seal a joint report on the status of defendant's placement and examination. The joint report shall include: the identity of the facility at which Mr. Swain has been placed for the examination; the expected date of

1

completion of the examination if not already completed (to the extent reasonably obtainable) or, if completed, the date of completion; and if not already submitted to the court, the expected date of submission of the report on the examination (to the extent reasonably obtainable).

Following the examination, a report shall be filed with the Court and copies served on counsel for Mr. Swain and the United States Attorney as provided by 18 U.S.C. § 4247(c). The delay occasioned by the granting of the motion is hereby excluded from computation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(8)(A). The Court finds, after weighing all relevant factors, that the interests of justice are best served by granting the motion.

SO ORDERED.

This the __5__ day of June, 2026.

JAMES C. DEVER III
United States District Court Judge

2