UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-cr-00090-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL RODNEY SWAIN | MOTION TO HOLD<br>DETENTION HEARING IN ABEYANCE |

Counsel for Mr. Swain hereby files this Motion to Hold Detention Hearing in Abeyance and states as follows:

1. On April 30, 2026, Mr. Swain was named in a Criminal Complaint alleging a violation of 18 USC § 871(a), making a threat upon the President. D.E. 1.

2. On May 4, 2026, Mr. Swain made his initial appearance and requested the appointment of the Federal Public Defender. D.E. 5.

3. Undersigned counsel entered his notice of appearance the next day. D.E. 6.

4. On May 27, 2026, Mr. Swain was named in an Indictment charging with him making a threat upon the President, in violation of 18 USC § 871(a). D.E. 12.

5. On June 1, 2026, defense counsel filed a Motion to Determine Competency under 18 U.S.C. § 4241 based on having reasonable cause to believe that Mr. Swain may be suffering from a mental disease or defect rendering him mentally incompetent. D.E. 17.

6. This Court granted the motion on June 5, 2026. D.E. 19.

7. Mr. Swain continues to await transfer to the Bureau of Prisons for evaluation while being housed at Piedmont Regional Jail in the custody of the United States Marshals Service.

1

8. Mr. Swain has a detention hearing scheduled before Magistrate Judge Brian S. Meyers on June 16, 2026, at 10:00 am. D.E. 16.

9. Counsel anticipates that Mr. Swain's evaluation will not be completed by this date.

10. Undersigned counsel believes that Mr. Swain's mental state presently renders him both unable to proceed with his detention hearing and unable to knowingly and voluntarily waive his detention hearing.  Defense counsel, therefore, asks that the June 10, 2026, hearing be canceled and Mr. Swain's detention hearing be held in abeyance.

11. Assistant United States Attorney Logan Liles Counsel was contacted, but – as of the time of filing – had not provided his position as to the requested relief.

Accordingly, defense counsel requests that the June 16, 2026, hearing be canceled and the detention hearing held in abeyance until such time that Mr. Swain's mental state renders him able to either proceed with the hearing or waive it.

Respectfully requested this 11th day of June, 2026.

G. ALAN DUBOIS
Federal Public Defender

*/s/ David E. Wicclair*
DAVID E. WICCLAIR
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: David_Wicclair@fd.org
NC State Bar No. 50384
LR 57.1 Counsel Appointed

2

<center>*CERTIFICATE OF SERVICE*</center>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

LOGAN LILES
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on June 11, 2026, using the CM/ECF system which will send notification of such filing to the above.

This the 11th day of June, 2026.

<div style="margin-left:45%;">

***/s/ David E. Wicclair***
DAVID E. WICCLAIR
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: David_Wicclair@fd.org
N.C. State Bar No. 50384
LR 57.1 Counsel Appointed

</div>

<center>3</center>